1
2
3
4
5
6
7

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL. POSTAGE PREPAID, TO ALL COUNSEL ~ TP
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED:  12·20·12

DEPUTY CLERK



"O"

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC 2 0 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

8
9
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

11

IRA NESBITT,                    )    Case No. SACV 12-1786-PSG (RNB)
                                )
12              Petitioner,     )
                                )
13        vs.                   )    ORDER ACCEPTING FINDINGS AND
                                )    RECOMMENDATION OF UNITED
14    SANDRA HUTCHENS,          )    STATES MAGISTRATE JUDGE
      SHERIFF,                  )
15                              )
                Respondent.     )
16  _____)

17        On October 15, 2012, petitioner filed a Petition for Writ of Habeas Corpus by

18   a Person in State Custody herein, utilizing the approved Central District form for

19   habeas petitions brought pursuant to 28 U.S.C. § 2254. It appeared from the face of

20   the Petition and the attachments thereto that petitioner's custody did not stem from

21   the judgment of a State court. Rather, petitioner was a pretrial detainee, awaiting trial

22   in Orange County Superior Court on multiple narcotics charges. Because there was

23   no State court judgment here, the assigned Magistrate Judge deemed the Petition to

24   have been brought pursuant to 28 U.S.C. § 2241(c)(3), which empowers a district

25   court to issue a writ of habeas corpus before a judgment is entered in a criminal

26   proceeding. See McNeely v. Blanas, 336 F.3d 822, 824 n.1 (9th Cir. 2003).

27        Although petitioner had failed to properly complete the habeas form, it

28   appeared from his attachments thereto that petitioner was making an excessive bail

1    claim. Moreover, it appeared from the cover page of the Petition that petitioner was
2    seeking a "stay of proceedings."

3         In the Magistrate Judge's view, the Ninth Circuit's decision in Lazarus v. Baca,
4    389 Fed. Appx. 700 (9th Cir. 2010) was on point, and the Ninth Circuit's reasoning
5    in that case was persuasive. Accordingly, on October 22, 2012, the Magistrate Judge
6    issued a Report and Recommendation in which he (a) found that, as in Lazarus, the
7    Younger abstention doctrine required the dismissal of the Petition herein, and (b)
8    recommended that Judgment be entered summarily dismissing the Petition.

9         On November 15, 2012, petitioner filed objections to the Report and
10   Recommendation.[1]  None of petitioner's contentions in the objections caused the
11   Magistrate Judge to reconsider his finding that all four elements for Younger
12   abstention were met here. However, the Magistrate Judge concluded that one
13   contention made by petitioner for the first time in his objections would need to be
14   addressed before the Report and Recommendation could be forwarded to this Court.

15        In the Report and Recommendation, the Magistrate Judge had noted inter alia
16   that, like Lazarus, petitioner had neither argued nor shown that an exception to
17   Younger abstention applied.  For example, nowhere in the Petition or the attached
18   documents had petitioner contended that the pending charges against him were
19   brought by the District Attorney in bad faith without hope of obtaining a valid
20   conviction.  On page 5 of his objections, however, petitioner contended that the
21   foregoing exception did apply here because the pending state proceedings against him
22   in Case No. 11CF0322 "are being brought by the District Attorney in bad faith
23   without hope of obtaining a valid conviction."  According to petitioner, the co-
24   defendant made a recorded statement at the time of arrest in which the co-defendant
25   admitted guilt and exonerated petitioner. Further, according to petitioner, he was held

26

27        [1]    Petitioner stated in his objections that he was withdrawing his request
28   for a stay of the state criminal proceedings.

2

1   to answer with "manufactured probable cause' and the preliminary hearing transcript
2   "clearly exposes the prejured [sic] testimony of arresting officers' attempt of
3   manufacturing probable cause to detain and arrest."

4          The Magistrate Judge decided to afford respondent (and the District Attorney)
5   the opportunity to be heard in response to petitioner's contention that "the pending
6   charges against him were brought by the District Attorney in bad faith without hope
7   of obtaining a valid conviction." Accordingly, the Magistrate Judge ordered service
8   of the Petition, the Report and Recommendation, and petitioner's objections to the
9   Report and Recommendation, on respondent and the Orange County District
10  Attorney, and ordered respondent to serve and file a response to petitioner's
11  objections, and in particular a response to petitioner's contention that "the pending
12  charges against him were brought by the District Attorney in bad faith without hope
13  of obtaining a valid conviction." The Magistrate Judge also ordered respondent to
14  include with the response a copy of the preliminary hearing transcript, along with
15  copies of any other records or documents that respondent believed were relevant to
16  rebut petitioner's bad faith accusation.

17         On December 14, 2012, respondent filed the response ordered by the
18  Magistrate Judge. Concurrently, respondent lodged various exhibits, including copies
19  of the preliminary hearing transcript and of the co-defendant's written plea agreement
20  form in which she admitted that she and petitioner had jointly possessed the illegal
21  narcotics found in their hotel room.

22         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records
23  on file, and the Report and Recommendation of the United States Magistrate Judge.
24  Further, the Court has engaged in a de novo review of those portions of the Report
25  and Recommendation to which objections have been made by petitioner. The Court
26  also has reviewed respondent's response to petitioner's objections and the exhibits
27  lodged by respondent, including in particular the preliminary hearing transcript and
28  the co-defendant's written plea agreement form. The documents lodged by

3

respondent belie petitioner's contention that "the pending charges against him were brought by the District Attorney in bad faith without hope of obtaining a valid conviction." Accordingly, the Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered summarily dismissing the Petition.

DATED: ___12/18/12___

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE