ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 20 2012

CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

JS-6  Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC 20 2012

CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 12-20-12

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRA NESBITT,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>SANDRA HUTCHENS, SHERIFF,<br><br>　　　　　Respondent. | Case No. SACV 12-1786-PSG (RNB)<br><br>**JUDGMENT** |

　　In accordance with the Order Accepting Findings and Recommendation of United States Magistrate Judge filed herein,

　　IT IS HEREBY ADJUDGED that this action is summarily dismissed.

DATED: 12/18/12

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE