ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**DEC 2 0 2012**

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

**DEC 2 0 2012**

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ ~~OR PARTIES~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 12.20.12

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRA NESBITT,<br><br>            Petitioner,<br><br>      vs.<br><br>SANDRA HUTCHENS, SHERIFF,<br><br>            Respondent. | Case No. SACV 12-1786-PSG (RNB)<br><br>**J U D G M E N T** |

        In accordance with the Order Accepting Findings and Recommendation
of United States Magistrate Judge filed herein,

        IT IS HEREBY ADJUDGED that this action is summarily dismissed.

DATED: 12/18/12

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE